JS-6

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN RAY PEREZ,** | **Case No.:** 5:24-cv-02695-PA-SP |
| Plaintiff, | *HON. PERCY ANDERSON* <br> *HON. MAG. SHERI PYM* |
| v. | **ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| Defendant. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

_____

PERCY ANDERSON
United States District Judge

Dated:  February 27, 2025

_____